

# Fourth Court of Appeals
## San Antonio, Texas

January 7, 2019

No. 04-18-00952-CV

**PROTOTYPE MACHINE COMPANY,**
Appellant

v.

**TOLEDO P. BOULEWARE ET AL.,**
Appellee

From the 63rd Judicial District Court, Kinney County, Texas
Trial Court No. 3469
Honorable Enrique Fernandez, Judge Presiding

# O R D E R

The trial court signed a final judgment on October 26, 2018. Because appellant did not file a motion for new trial, motion to modify the judgment, motion for reinstatement, or request for findings of fact and conclusions of law, the notice of appeal was due to be filed on November 25, 2018. *See* TEX. R. APP. P. 26.1(a). A motion for extension of time to file the notice of appeal was due on December 10, 2018. *See* TEX. R. APP. P. 26.3. Although appellant filed a notice of appeal in the trial court within the fifteen-day grace period allowed by Rule 26.3, appellant did not file a motion for extension of time in this court until December 12, 2018.

A motion for extension of time is necessarily implied when an appellant, acting in good faith, files a notice of appeal beyond the time allowed by Rule 26.1 but within the fifteen-day grace period provided by Rule 26.3 for filing a motion for extension of time. *See Verburgt v. Dorner*, 959 S.W.2d 615, 617 (Tex. 1997) (construing the predecessor to Rule 26). However, the appellant must offer a reasonable explanation for failing to file the notice of appeal in a timely manner. *See id.*; TEX. R. APP. P. 26.3, 10.5(b)(1)(C).

Because appellant's motion for extension of time to file a notice of appeal offers a reasonable explanation for failing to file the notice of appeal in a timely manner, the motion is GRANTED. *See* TEX. R. APP. P. 10.5(b)(1)(C).

Sandee Bryan Marion

Sandee Bryan Marion, Chief Justice

      IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of January, 2019.



KEITH E. HOTTLE,
Clerk of Court